UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN J. GRIFFIN,

    Plaintiff,

v.                                                                  Case No. 3:22cv22756-MCR-HTC

DONALD LEAVINS, et al.,

    Defendants.

_____/

REPORT AND RECOMMENDATION

On January 23, 2023, the Court ordered Plaintiff to, within twenty-one (21) days, file either a notice of voluntary dismissal or an amended complaint. ECF Doc. 14. The Order warned Plaintiff that his failure to comply with it could result in a recommendation of dismissal. *Id.* On January 24, 2023, after Plaintiff filed a notice of change of address, the clerk sent a copy of the January 23 Order to Plaintiff's new address. *See id.* (clerk's notation on the docket). Nonetheless, Plaintiff failed to file either a notice of voluntary dismissal or an amended complaint within the allotted time, so on February 22, 2023, the Court ordered him to show cause within fourteen (14) days why this case should not be dismissed. ECF Doc. 16. To date, Plaintiff has not responded to the February 22 Order or complied with the January 23 Order.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 14th day of March, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.